

**RAYMOND NARDO, P.C.**
ATTORNEY AT LAW
129 THIRD STREET, MINEOLA, NY 11501
Phone: (516)248-2121 | Fax: (516)742-7675 | Email Raymondnardo@gmail.com

March 16, 2020

<u>BY ECF</u>

Hon. Katherine Polk Failla
United States District Judge
United States District Court
40 Foley Square
New York, NY 10007

  Re: *Maiurano v. Cantor Fitzgerald Securities*
    Case No.: 19-CV-10042 (KPF)

Dear Judge Failla,

I represent the plaintiff in the above matter. Pursuant to Your Honor's Order dated February 21, 2020, Plaintiff timely filed a Second Amended Complaint on March 13, 2020. Apparently, Plaintiff chose the wrong party whom the pleading is against, and I received a Deficiency Notice from the ECF Desk. The Notice indicates that "Permission from Chambers will be needed to refile the Amended Complaint." Consequently, I am seeking permission from Chambers to correctly file the Second Amended Complaint.

Thank you for your consideration.

                Respectfully submitted,

                RAYMOND NARDO, ESQ.

RN:rn
cc: Samantha Springer, Esq. (by ECF)

```
Application GRANTED.  Plaintiff hereby has permission to file the
Second Amended Complaint.


Dated:  March 16, 2020                SO ORDERED.
        New York, New York
```

                HON. KATHERINE POLK FAILLA
                UNITED STATES DISTRICT JUDGE