UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MONIQUE MAIURANO,

                    Plaintiff,

  -against-

CANTOR FITZGERALD SECURITIES,

                    Defendant.

Case No. 19-CV-10042 (KPF)

## CORPORATE DISCLOSURE STATEMENT
## PURSUANT TO RULE 7.1 OF THE FEDERAL RULES OF CIVIL PROCEDURE

Defendant Cantor Fitzgerald Securities, by its undersigned attorney, certifies that there is no parent corporation or publicly held corporation that owns more than 10% of Cantor Fitzgerald Securities' stock.

Dated: New York, New York
       April 27, 2020

Respectfully submitted,

*/s/ Emily L. Milligan*
Emily L. Milligan, Assistant General Counsel
Samantha Springer, Assistant General Counsel
110 East 59th Street, 7th Floor
New York, NY 10022

*Attorneys for Defendant Cantor Fitzgerald Securities*