UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MONIQUE MAIURANO,

                    Plaintiff,

             -v.-

CANTOR FITZGERALD SECURITIES,

                    Defendant.

19 Civ. 10042 (KPF)

**ORDER**

---

KATHERINE POLK FAILLA, District Judge:

    The Court is in receipt of Defendant Cantor Fitzgerald Securities' Answer to Plaintiff's Third Amended Complaint, filed February 26, 2021. The parties are ORDERED to submit, on or before **March 22, 2021**, a proposed Civil Case Management Plan and Scheduling Order, the template for which is available at https://nysd.uscourts.gov/hon-katherine-polk-failla. The parties may separately notify the Court by letter if they are interested in referral for a settlement conference or mediation.

    SO ORDERED.

Dated:  March 1, 2021
           New York, New York

*Katherine Polk Failla*

           KATHERINE POLK FAILLA
           United States District Judge