# RAYMOND NARDO, P.C.

ATTORNEY AT LAW

129 THIRD STREET, MINEOLA, NY 11501

Phone: (516)248-2121 | Fax: (516)742-7675 | Email Raymondnardo@gmail.com

October 25, 2021

BY ECF

Hon. Katherine Polk Failla
United States District Judge
United States District Court
40 Foley Square
New York, NY 10007

**MEMO ENDORSED**

      Re:    *Maiurano v. Cantor Fitzgerald Securities*
               Case No.: 19-CV-10042 (KPF)

Dear Judge Failla,

I represent the plaintiff in the above matter. The matter is scheduled for a conference on Tuesday, November 2, 2021 at 3:30pm. Unfortunately, I am scheduled to deliver a live CLE from 2:30pm to 4:30pm, which conflicts with this Conference.

The parties are available on November 4, 2021, up to 11:00am, and November 8 and 10. There have been no prior requests to adjourn this conference, and Defendant consents to this adjournment.

Thank you for your consideration.

                                                  Respectfully submitted,

                                                  RAYMOND NARDO, ESQ.

RN:rn
cc:    Samantha Springer, Esq. (by ECF)

Application GRANTED.

The pretrial conference in this matter is ADJOURNED to **November 4, 2021, at 10:00 a.m.**  As reflected in the Case Management Plan, the conference will be held in Courtroom 618 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York 10007.  (*See* Dkt. #33 at 7).  Additionally, the parties are reminded of their obligation to submit a joint status letter in advance of the conference.  (*Id.*).

The Clerk of Court is directed to terminate the motion at docket entry 45.

SO ORDERED.

Dated:   October 26, 2021
         New York, New York

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE