**RAYMOND NARDO, P.C.**

A T T O R N E Y  A T  L A W
129 THIRD STREET, MINEOLA, NY 11501

Phone: (516)248-2121 | Fax: (516)742-7675 | Email **Raymondnardo@gmail.com**

January 14, 2022

BY ECF

Hon. Katherine Polk Failla
United States District Judge
United States District Court
40 Foley Square
New York, NY 10007



    Re: *Maiurano v. Cantor Fitzgerald Securities*
       Case No.: 19-CV-10042 (KPF)

Dear Judge Failla,

I represent the plaintiff in the above matter. On December 14, 2021, Your Honor entered an Order conditionally discontinuing the case without prejudice, provided that Plaintiff may restore the case within 30 days of said Order. The parties are requesting an additional one week, until January 21, 2022, to effectuate resolution of the case, and then submit a dismissal with prejudice.

Defendant consents to this application. Thank you for your consideration.

                 Respectfully submitted,

                 _____
                 RAYMOND NARDO, ESQ.

RN:rn
cc: Samantha Springer, Esq. (by ECF)

---

Application GRANTED.

The Clerk of Court is directed to terminate the motion at docket entry 50.

                SO ORDERED.

Dated: January 14, 2022
     New York, New York

                HON. KATHERINE POLK FAILLA
                UNITED STATES DISTRICT JUDGE